UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC<br><br>      Plaintiff,<br><br>      v.<br><br>GOOGLE INC.<br><br>      Defendants. | [PROPOSED] ORDER EXTENDING TIME TO FILE PROTECTIVE ORDER<br><br>Case No.: 3:12-CV-1698-SI<br><br>Hearing: Case Management Conference<br>Judge: Susan Illston<br>Date: July 6, 2012 |

  Before the Court is the parties' Stipulated Request for Order Extending Time to File Protective Order. Having considered the matter and that it is jointly requested, the Court GRANTS the request and extends the due date for the protective order to August 3, 2012.

Dated this __9th__ day of __August__ 2012.

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE