UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC<br><br>  Plaintiff,<br><br>  v.<br><br>GOOGLE INC.<br><br>  Defendants. | [P~~ROPOSED~~] AMENDED CASE MANAGEMENT ORDER<br><br>Case No.: 3:12-CV-1698-SI<br><br>Hearing: Case Management Conference<br>Judge: Susan Illston<br>Date: July 6, 2012 |

On September 20, 2012, at 2:30 p.m., this Court conducted a Case Management Conference ("CMC") in *Mount Hamilton Partners, LLC v. Groupon, Inc.*, Case No. 3:12-cv-1700-SI ("Groupon Action"). Mount Hamilton Partners, LLC ("MHP"), Plaintiff in this and the Groupon Action, appeared through its counsel, Jenna F. Leavitt and Duane H. Mathiowetz, of Pillsbury Winthrop Shaw Pittman LLP. Groupon, Inc., Defendant in the Groupon Action, appeared through its counsel, James T. Hultquist, of Reed Smith LLP. Google Inc. ("Google"), Defendant in this action, specially appeared through its counsel of record, James C. Pistorino and Victoria Q. Smith, of Perkins Coie LLP.

After considering the content of the briefing in the Groupon Action regarding consolidation for claim construction, the arguments and discussion of counsel at the Case Management Conference, and in consideration of the discovery dispute related to the protective order that is pending in this case, **IT IS HEREBY ORDERED** that the following amended scheduled dates and deadlines apply to the above captioned case, that MHP may brief claim construction in this action and in the Groupon Action separately, and Google may brief claim construction in this case separately from Groupon's briefing in the Groupon Action.

| Party | Item | Due Date |
|---|---|---|
| Both | Complete Rule 26(f) Meet and Confer (re: Initial Disclosures, Discovery, ADR Process, Early Settlement) | June 28, 2012 |
| Both | File 26(f) Report; File Joint Case Management Statement and Proposed Order | June 29, 2012 |
| Both | Case Management Conference | July 6, 2012 |
| Both | Initial Disclosures | 10 days after entry of scheduling order |
| Both | Stipulated Protective Order | 7 days after ruling on pending discovery dispute regarding prosecution bar |
| MHP | Disclosure of Asserted Claims and Infringement Contentions (With Accompanying Doc Production) Patent L.R. 3-1 and 3-2 | August 17, 2012 |
| All | Amend Pleadings without Leave of Court | August 30, 2012 |
| Google | Invalidity Contentions (With Accompanying Doc Production) Patent L.R. 3-3 | November 19, 2012 |
| All | Exchange of Proposed Terms for | December 3, 2012 |

| Party | Item | Due Date |
|---|---|---|
|  | Construction Patent L.R. 4-1 |  |
| All | Further Case Management Conference | December 7, 2012 at ~~3:30~~ 3:00 p.m. |
| All | Complete Mediation | December 17, 2012 |
| All | Joint Claim Construction and Pre-Hearing Statement Due Patent L.R. 4-3 | January 18, 2013 |
| All | Claim Construction Discovery Deadline Patent L.R. 4-4 | February 18, 2013 |
| MHP | Claim Construction Opening Brief Patent L.R. 4-5(a) | March 4, 2013 |
| Google | Claim Construction Opposition Brief Patent L.R. 4-5(b) | March 18, 2013 |
| MHP | Claim Construction Reply Briefs Patent L.R. 4-5(c) | March 25, 2013 |
| All | Tutorial | April 17, 2013 at 3:30 p.m. |
| All | Exchange exhibits for Claim Construction Hearing | April 17 |
| All | Claim Construction Hearing Patent L.R. 4-6 | April 18, 2013 at 3:30 p.m. |
| All | Status Conference with the Court | May 10, 2013 at ~~3:30~~ 3:00 p.m. |
| All | Non-expert Discovery Cutoff | July 1, 2013 |
| All | Service of Opening Expert Reports | 120 days after entry of Claim Construction Order |
| All | Service of Rebuttal Expert Reports | 150 days after entry of Claim Construction Order |
| All | Expert Discovery Cutoff | 180 days after entry of Claim Construction Order |
| All | Dispositive Motions | 210 days after entry of Claim Construction Order |
| All | Pretrial Conference | TBD |
| All | Trial | TBD |

Dated this \_\_\_\_ 14th \_\_\_\_ day of ~~October~~ November, 2012.

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE