1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC, | Case No.: 3:12-CV-1698-SI |
| Plaintiff, | ~~(PROPOSED)~~ ORDER GRANTING CONTINUANCE OF THE TUTORIAL AND CLAIM CONSTRUCTION HEARING DATES |
| vs. | |
| GOOGLE INC., | |
| Defendant. | |
| MOUNT HAMILTON PARTNERS, LLC, | Case No. 3:12-CV-1700-SI |
| Plaintiff, | |
| vs. | |
| GROUPON, INC. | |
| Defendant. | |

Before the Court is the parties' Stipulated Request to Continue the Tutorial and Claim Construction hearing dates in the above-referenced cases.  Having considered the matter and that it is jointly requested, the Court GRANTS the request and continues the Tutorial to May 8, 2013, at 3:30 p.m. and the Claim Construction hearing to May ~~9,~~ 15, 2013, at 3:30 p.m.

Dated: __3/20_____, 2013          _____
                                    Honorable Susan Illston
                                    United States District Court Judge

403907988v1            - 1 -    (PROPOSED) ORDER GRANTING CONTINUANCE OF
                                THE TUTORIAL AND CLAIM CONSTRUCTION
                                HEARING DATES
                                CIVIL ACTION NOS. 12-CV-1698-SI and 12-CV-1700-SI