**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC, | No. C 12-1698 SI |
| Plaintiff, | |
| v. | **ORDER CONTINUING DATES OF TUTORIAL AND CLAIM CONSTRUCTION HEARING** |
| GOOGLE, INC., | |
| Defendant. | |
| _____/ | |
| MOUNT HAMILTON PARTNERS, LLC, | No. C 12-1700 SI |
| Plaintiff, | |
| v. | |
| GROUPON, INC.,, | |
| Defendant. | |
| _____/ | |

The parties have stipulated to an emergency continuance of the tutorial hearing scheduled for May 8, 2013.  They suggest that the tutorial and the claim construction hearing be held together on May 15, 2013, or on May 15 and May 16, 2013.   Alternatively, they suggest that the tutorial and hearing be moved to June 19 and June 20, 2013.

The Court grants the request to continue.  The Court prefers to schedule about a week between the tutorial and the claim construction hearing, as originally planned.   Therefore, **the tutorial is continued to Thursday, June 20, 2013 at 3:30 pm**; and **the claim construction hearing is continued to Wednesday, June 26, 2013 at 3:30 pm.**

**IT IS SO ORDERED.**

Dated: May 3, 2013

_____
SUSAN ILLSTON
United States District Judge