James T. Hultquist (pro hac vice)
jhultquist@reedsmith.com
Khurram N. Gore (pro hac vice)
Adrian Shin (CA State Bar No. 256960)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391.8269

*Attorneys for Defendant*
*GROUPON, INC.*

James F. Valentine, CA SB# 149269
JValentine@perkinscoie.com
James C. Pistorino, CA SB# 226496
JPistorino@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Defendant
*GOOGLE, INC.*

Jenna F. Karadbil
jfk@pillsburylaw.com
California State Bar No. 213574
PILLSBURY WINTHROP SHAW
PITTMAN LLP
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

Callie A. Bjurstrom
callie.bjurstrom@pillsburylaw.com
California State Bar No. 137816
PILLSBURY WINTHROP SHAW
PITTMAN LLP
501 West Broadway
San Diego, California 92101
Telephone: (619) 234-5000
Facsimile: (619) 236-1995

Attorneys for Plaintiff
*MOUNT HAMILTON PARTNERS, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC,<br><br>　　　　Plaintiff/Counterdefendant,<br><br>　　　v.<br><br>GOOGLE, INC.,<br><br>　　　　Defendant/Counterclaimant. | Case No. 3:12-CV-1698-SI<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING FURTHER CASE<br>MANAGEMENT CONFERENCE**<br><br>[Civ. L.R. 6-2 & 7-12] |

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>GROUPON, INC.,<br><br>Defendant/Counterclaimant. | Case No. 3:12-CV-1700-SI |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff Mount Hamilton Partners, LLC ("MHP" or "Plaintiff") and Defendants[1] Groupon, Inc. ("Groupon") and Google, Inc. ("Google") (collectively, "Defendants"), by and through their respective undersigned counsel, hereby jointly move the Court for an order continuing the scheduled date for a Further Case Management Conference, for the following reasons:

1.      Pursuant to this Court's September 25, 2012 Case Management Conference Order (Dkt. No. 47), the parties are required to participate in a Further Case Management Conference on May 10, 2013.

2.      On May 3, 2013, this Court continued the Claim Construction Tutorial and Claim Construction Hearing to June 20, 2013 and June 26, 2013, respectively.

3.      Accordingly, because it is the belief of the parties that holding a Further Case Management Conference after the date of the Claim Construction Hearing in this case will be more efficient for this Court and the parties, the parties hereby stipulate to and request the Court to continue the Further Case Management Conference from May 10 to August 23, 2013 at 3:00 p.m. or such other date and time that is agreeable with the Court's calendar.  The requested continuance does not affect any other deadline ordered by the Court.

---

[1] The two above captioned cases (Mount Hamilton Partners, LLC v. Google Inc., Case No. 3:12-cv-1698-SI ("Google case"); Mount Hamilton Partners, LLC v. Groupon, Inc., Case No. 3:12-cv-1700-SI ("Groupon case")) were consolidated for claim construction purposes only.

-2-

Case Nos. C-12-1698 and
C-12-1700

STIPULATION AND [PROPOSED] ORDER
CONTINUING FURTHER CASE MANAGEMENT CONFERENCE

Dated: May 8, 2013

By: /s/ *Callie Bjurstrom*
CALLIE A. BJURSTROM
JENNA F. KARADBIL

Attorneys for Plaintiff
MOUNT HAMILTON PARTNERS, LLC

Dated:  May 8, 2013

By: /s/ *Adrian Shin*
JAMES T. HULTQUIST
KHURRAM NASIR GORE
ADRIAN SHIN

Attorneys for Defendant
GROUPON, INC.

Dated: May 8, 2013

By: /s/ *James F. Valentine*
JAMES F. VALENTINE

Attorney for Defendant
GOOGLE INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  __5/9_____, 2013

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

-3-

Case Nos. C-12-1698 and
C-12-1700

STIPULATION AND [PROPOSED] ORDER
CONTINUING FURTHER CASE MANAGEMENT CONFERENCE

**SIGNATURE ATTESTATION**

I, Adrian Shin, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: May 8, 2013                REED SMITH LLP


                                  By: /s/  Adrian Shin
                                      Adrian Shin
                                      Attorneys for Defendant
                                      GROUPON, INC.

-4-


James T. Hultquist (pro hac vice)
jhultquist@reedsmith.com
Khurram N. Gore (pro hac vice)
Adrian Shin (CA State Bar No. 256960)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391.8269

*Attorneys for Defendant*
*GROUPON, INC.*

James F. Valentine, CA SB# 149269
JValentine@perkinscoie.com
James C. Pistorino, CA SB# 226496
JPistorino@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Defendant
*GOOGLE, INC.*

Jenna F. Karadbil
jfk@pillsburylaw.com
California State Bar No. 213574
PILLSBURY WINTHROP SHAW
PITTMAN LLP
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

Callie A. Bjurstrom
callie.bjurstrom@pillsburylaw.com
California State Bar No. 137816
PILLSBURY WINTHROP SHAW
PITTMAN LLP
501 West Broadway
San Diego, California 92101
Telephone: (619) 234-5000
Facsimile: (619) 236-1995

Attorneys for Plaintiff
*MOUNT HAMILTON PARTNERS, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC,<br><br>    Plaintiff/Counterdefendant,<br><br>    v.<br><br>GOOGLE, INC.,<br><br>    Defendant/Counterclaimant. | Case No. 3:12-CV-1698-SI<br><br>**DECLARATION OF KHURRAM N. GORE IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>[Civ. L.R. 6-2 & 7-12] |

- 1 -   Case Nos. C-12-1698 and C-12-1700
DECLARATION OF GORE IN SUPPORT STIPULATION AND [PROPOSED] ORDER
CONTINUING FURTHER CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC,<br><br>    Plaintiff/Counterdefendant,<br><br>    v.<br><br>GROUPON, INC.,<br><br>    Defendant/Counterclaimant. | Case No. 3:12-CV-1700-SI |

I, Khurram Nasir Gore, declare:

1.  I am an associate with Reed Smith LLP, counsel for Defendants Groupon, Inc. ("Groupon"), in the above-captioned action. The contents of this declaration are based upon my personal knowledge and are true and correct to the best of my knowledge and belief. If called upon I could and would testify competently thereto.

2.  On September 25, 2012, this Court entered the Case Management Conference Order (Dkt. No. 47).

3.  Pursuant to the Case Management Conference Order, the parties are required to participate in a Further Case Management Conference on May 10, 2013.

4.  On May 3, 2013, this Court continued the Claim Construction Tutorial and Claim Construction Hearing to June 20, 2013 and June 26, 2013, respectively.

6.  Accordingly, because it is the belief of the parties that holding a Further Case Management Conference after the date of the Claim Construction Hearing in this case will be more efficient for this Court and the parties, the parties have agreed to continue the Further Case Management Conference from May 10 to August 23, 2013 at 3:00 p.m. or such other date and time that is agreeable with this Court's calendar. The requested continuance does not affect any other deadline ordered by this Court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED: May 8, 2013.

By  /s/ Khurram Nasir Gore
    Khurram Nasir Gore

- 2 -      Case Nos. C-12-1698 and C-12-1700

DECLARATION OF GORE IN SUPPORT STIPULATION AND [PROPOSED] ORDER
CONTINUING FURTHER CASE MANAGEMENT CONFERENCE