UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GOOGLE, INC. ) <br> ) <br> Defendant. ) | Case No. 3:12-CV-1698-SI <br><br> **[PROPOSED] ORDER PERMITTING PLAINTIFF TO BRING CERTAIN MULTIMEDIA EQUIPMENT INTO THE COURTROOM FOR PATENT TUTORIAL** |

Having considered Mount Hamilton Partners, LLC's Application To Permit Plaintiff to Bring Certain Multimedia Equipment into the Courtroom for Patent Tutorial, the Court grants Plaintiff's Application.

Plaintiff and its service provider, TrialGraphix, may bring the following electronic devices and equipment into the courtroom:

1. at least one laptop computer with a built-in camera;
2. projector and screen;
3. computer cables and power cords; and
4. extension cords.

IT IS SO ORDERED.

Dated: 6/18, 2013

_____
Honorable Susan Illston,
Judge of the United States District Court

403958834v1

3

CASE NO.: 3:12-CV-1698-SI