**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOUNT HAMILTON PARTNERS, LLC,                     No. C 12-1698 SI

                          Plaintiff,

          v.                                      **ORDER RE: DISPUTED TERMS**

GOOGLE, INC.,

                          Defendant.
_____/

MOUNT HAMILTON PARTNERS, LLC,                     No. C 12-1700 SI

                          Plaintiff,

          v.

GROUPON, INC.,

                          Defendant.
_____/

        The Court held a claim construction hearing in the above captioned cases on June 20, 2013.  At the hearing the parties stipulated that some disputed claim terms were no longer in dispute and suggested that they may be able to agree on others.  The parties agreed to meet and confer and subsequently update the Court on the claim terms that are no longer in dispute.

        The parties have not done so.  Accordingly, the Court directs the parties to file a joint status report detailing the claim terms that are no longer in dispute, including those agreed to at the June 20, 2013 hearing, and after.  **The report, which shall not exceed 12 pages, shall be filed with the Court no later than July 26, 2013**.

        **IT IS SO ORDERED.**

Dated: July 18, 2013

                                        SUSAN ILLSTON
                                        United States District Judge