IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC,<br><br>　　　　　Plaintiff,<br>　v.<br>GOOGLE, INC.,<br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No. C 12-1698 SI<br><br>**ORDER RE: ADDITIONAL CLAIM CONSTRUCTION STATEMENT** |
| MOUNT HAMILTON PARTNERS, LLC,<br><br>　　　　　Plaintiff,<br>　v.<br>GROUPON, INC.,,<br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No. C 12-1700 SI |

　　　　The Court held a claim construction hearing in the above captioned cases on June 20, 2013. Subsequently, at the Court's direction, the parties filed a joint status report describing claim terms that were no longer in dispute, or partially no longer in dispute. *See* Dkt. 111. In an effort to further clarify the parties' claim construction disputes, defendants have filed a motion for leave to file a joint statement regarding the impact of their proposed claim constructions. *See* Dkt. 113. This matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the September 6, 2013 hearing on defendants' motion for leave is hereby VACATED and the motion is GRANTED.

　　　　Defendants are hereby directed to file their joint statement **within three days of entry of this Order**. Plaintiff may file a response to defendants' statement and/or a similar statement, **not to exceed twelve (12) pages, within seven (7) days of the filing of defendants' joint statement**.

　　　　**IT IS SO ORDERED.**

Dated: August 5, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_Susan Illston_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge