UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendants. | [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE<br><br>Judge Susan Illston<br><br>Case No.: 3:12-CV-1698-SI |
| MOUNT HAMILTON PARTNERS, LLC<br><br>Plaintiff,<br><br>v.<br><br>GROUPON, INC.<br><br>Defendants. | Case No.: 3:12-CV-1700-SI |

Before the Court is the parties' Stipulated Request for Order Continuing Further Case Management Conference. Having considered the matter and that it is jointly requested, the Court **GRANTS** the request and continues further case management conference, currently scheduled for October 18, 2013, to November 22, 2013.

**IT IS SO ORDERED.**

Dated: October __3__, 2013.

By _____
Honorable Susan Illston
UNITED STATES DISTRICT COURT JUDGE

41063-0217/LEGAL27985295.1

[PROPOSED] ORDER CONTINUING FURTHER CMC
CASE NOS. 3:12-CV-1698-SI & 3:12-CV-1700-SI