1

2

3

4

5

6              UNITED STATES DISTRICT COURT

7            NORTHERN DISTRICT OF CALIFORNIA

8              SAN FRANCISCO DIVISION

9    MOUNT HAMILTON PARTNERS, LLC

10                   Plaintiff,                    **[PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**

11          v.

12   GOOGLE INC.                                   Judge Susan Illston

13                   Defendants.
                                                   Case No.: 3:12-CV-1698-SI
14

15   MOUNT HAMILTON PARTNERS, LLC

16                   Plaintiff,                    Case No.: 3:12-CV-1700-SI

17          v.

18   GROUPON, INC.

19                   Defendants.

20

21        Before the Court is the parties' Stipulated Request for Order Continuing Further Case

22   Management Conference.  Having considered the matter and that it is jointly requested, the Court

23   **GRANTS** the request and continues further case management conference, currently scheduled for

24   October 18, 2013, to November 8, 2013.

25        **IT IS SO ORDERED.**

26   Dated:  October __3__, 2013.

27                                    By _____
                                         Honorable Susan Illston
28                                       UNITED STATES DISTRICT COURT JUDGE