| | |
|---|---|
| James T. Hultquist (pro hac vice) | Jenna F. Karadbil |
| jhultquist@reedsmith.com | jfk@pillsburylaw.com |
| Khurram N. Gore (pro hac vice) | California State Bar No. 213574 |
| Adrian Shin (CA State Bar No. 256960) | PILLSBURY WINTHROP SHAW |
| REED SMITH LLP | PITTMAN LLP |
| 101 Second Street, Suite 1800 | 1540 Broadway |
| San Francisco, CA 94105-3659 | New York, New York 10036 |
| Telephone: (415) 543-8700 | Telephone: (212) 858-1000 |
| Facsimile: (415) 391.8269 | Facsimile: (212) 858-1500 |

*Attorneys for Defendant*
*GROUPON, INC.*

Callie A. Bjurstrom
callie.bjurstrom@pillsburylaw.com
California State Bar No. 137816
PILLSBURY WINTHROP SHAW
PITTMAN LLP
501 West Broadway
San Diego, California 92101
Telephone: (619) 234-5000
Facsimile: (619) 236-1995

James F. Valentine, CA SB# 149269
JValentine@perkinscoie.com
James C. Pistorino, CA SB# 226496
JPistorino@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Plaintiff
*MOUNT HAMILTON PARTNERS, LLC*

Attorneys for Defendant
*GOOGLE, INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC, | Case No. 3:12-CV-1698-SI |
| Plaintiff/Counterdefendant, | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | [Civ. L.R. 6-2 & 7-12] |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | |

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC,<br><br>    Plaintiff/Counterdefendant,<br><br>        v.<br><br>GROUPON, INC.,<br><br>    Defendant/Counterclaimant. | Case No. 3:12-CV-1700-SI |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff Mount Hamilton Partners, LLC ("MHP" or "Plaintiff") and Defendants[1] Groupon, Inc. ("Groupon") and Google, Inc. ("Google") (collectively, "Defendants"), by and through their respective undersigned counsel, hereby jointly move the Court for an order continuing the scheduled date for a Further Case Management Conference, for the following reasons:

1. Pursuant to this Court's October 4, 2013 Order Continuing Further Case Management Conference (Dkt. No. 93), the parties are scheduled to participate in a Further Case Management Conference on November 22, 2013.

2. Due to scheduling conflicts, counsel for Groupon is unavailable the week of November 22, 2013. Counsel for Plaintiff and Google join in the request for continuing the date for the Further Case Management Conference to the next available date on the Court's calendar.

3. Accordingly, the parties hereby stipulate to and request the Court to continue the Further Case Management Conference from November 22 to December 6, 2013 at 3:00 p.m. or such other date and time that is agreeable with the Court's calendar. The requested continuance does not affect any other deadline ordered by the Court.

---

[1] The two above captioned cases (Mount Hamilton Partners, LLC v. Google Inc., Case No. 3:12-cv-1698-SI ("Google case"); Mount Hamilton Partners, LLC v. Groupon, Inc., Case No. 3:12-cv-1700-SI ("Groupon case")) were consolidated for claim construction purposes only.

1

2   Dated: October 15, 2013          By:     */s/ Callie Bjurstrom*
                                             CALLIE A. BJURSTROM
3                                            JENNA F. KARADBIL

4
                                             Attorneys for Plaintiff
5                                            MOUNT HAMILTON PARTNERS, LLC

6
    Dated:  October 15, 2013
7

8
                                      By:    /s/ *Adrian Shin*
9                                            JAMES T. HULTQUIST
                                             KHURRAM NASIR GORE
10                                           ADRIAN SHIN

11
                                             Attorneys for Defendant
12                                           GROUPON, INC.

13

14  Dated: October 15, 2013

15
                                      By:    */s/ Victoria Q. Smith*
16                                           JAMES F. VALENTINE
                                             VICTORIA Q. SMITH
17
                                             Attorneys for Defendant
18                                           GOOGLE INC.

19

20       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22  Dated:  __10/16__, 2013

23

24                                           _____
                                             HONORABLE SUSAN ILLSTON
25                                           UNITED STATES DISTRICT COURT JUDGE

26

27

28

                                             - 3 -           Case Nos. C-12-1698 and C-12-1700
    STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE

## SIGNATURE ATTESTATION

I, Adrian Shin, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: October 15, 2013             REED SMITH LLP


                                    By: */s/ Adrian Shin*
                                        Adrian Shin
                                        Attorneys for Defendant
                                        GROUPON, INC.