James T. Hultquist (pro hac vice)
jhultquist@reedsmith.com
Khurram N. Gore (pro hac vice)
Adrian Shin (CA State Bar No. 256960)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391.8269

*Attorneys for Defendant*
*GROUPON, INC.*

James F. Valentine, CA SB# 149269
JValentine@perkinscoie.com
James C. Pistorino, CA SB# 226496
JPistorino@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Defendant
*GOOGLE, INC.*

Jenna F. Karadbil
jfk@pillsburylaw.com
California State Bar No. 213574
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

Callie A. Bjurstrom
callie.bjurstrom@pillsburylaw.com
California State Bar No. 137816
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway
San Diego, California 92101
Telephone: (619) 234-5000
Facsimile: (619) 236-1995

Attorneys for Plaintiff
*MOUNT HAMILTON PARTNERS, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant/Counterclaimant. | Case No. 3:12-CV-1698-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>[Civ. L.R. 6-2 & 7-12] |

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC, | Case No. 3:12-CV-1700-SI |
| Plaintiff/Counterdefendant, | |
| v. | |
| GROUPON, INC., | |
| Defendant/Counterclaimant. | |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff Mount Hamilton Partners, LLC ("MHP" or "Plaintiff") and Defendants[1] Groupon, Inc. ("Groupon") and Google, Inc. ("Google") (collectively, "Defendants"), by and through their respective undersigned counsel, hereby jointly move the Court for an order continuing the scheduled date for a Further Case Management Conference, for the following reasons:

1. Pursuant to this Court's October 4, 2013 Order Continuing Further Case Management Conference (Dkt. No. 93), the parties are scheduled to participate in a Further Case Management Conference on November 22, 2013.

2. Due to scheduling conflicts, counsel for Groupon is unavailable the week of November 22, 2013. Counsel for Plaintiff and Google join in the request for continuing the date for the Further Case Management Conference to the next available date on the Court's calendar.

3. Accordingly, the parties hereby stipulate to and request the Court to continue the Further Case Management Conference from November 22 to December 6, 2013 at 3:00 p.m. or such other date and time that is agreeable with the Court's calendar. The requested continuance does not affect any other deadline ordered by the Court.

---

[1] The two above captioned cases (Mount Hamilton Partners, LLC v. Google Inc., Case No. 3:12-cv-1698-SI ("Google case"); Mount Hamilton Partners, LLC v. Groupon, Inc., Case No. 3:12-cv-1700-SI ("Groupon case")) were consolidated for claim construction purposes only.

1
2  Dated: October 15, 2013         By:    /s/ Callie Bjurstrom
3                                         CALLIE A. BJURSTROM
                                          JENNA F. KARADBIL
4
                                   Attorneys for Plaintiff
5                                  MOUNT HAMILTON PARTNERS, LLC

6
7  Dated:  October 15, 2013

8
                                   By:    /s/ Adrian Shin
9                                         JAMES T. HULTQUIST
                                          KHURRAM NASIR GORE
10                                        ADRIAN SHIN

11
                                   Attorneys for Defendant
12                                 GROUPON, INC.

13
14  Dated: October 15, 2013

15
                                   By:    /s/ Victoria Q. Smith
16                                        JAMES F. VALENTINE
                                          VICTORIA Q. SMITH
17
                                   Attorneys for Defendant
18                                 GOOGLE INC.

19

20         **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
21
22  Dated:  __10/16____, 2013
23
24                                        _____
                                          HONORABLE SUSAN ILLSTON
25                                        UNITED STATES DISTRICT COURT JUDGE
26
27
28

**SIGNATURE ATTESTATION**

1   I, Adrian Shin, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the
2   concurrence to the filing of this document has been obtained from each signatory hereto.
3
4   Dated: October 15, 2013                REED SMITH LLP
5
6
                                           By: */s/ Adrian Shin*
7                                               Adrian Shin
                                                Attorneys for Defendant
8                                               GROUPON, INC.