| | |
|---|---|
| Jenna F. Karadbil<br>jfk@pillsburylaw.com<br>California State Bar No. 213574<br>PILLSBURY WINTHROP SHAW<br>PITTMAN LLP<br>1540 Broadway<br>New York, New York 10036<br>Telephone: (212) 858-1000<br>Facsimile: (212) 858-1500<br><br>Callie A. Bjurstrom<br>callie.bjurstrom@pillsburylaw.com<br>California State Bar No. 137816<br>PILLSBURY WINTHROP SHAW<br>PITTMAN LLP<br>501 W. Broadway, Suite 1100<br>San Diego, CA 92101-3575<br>Telephone: (619) 234-5000<br>Facsimile No.: (619) 236-1995<br><br>Attorneys for Plaintiff<br>MOUNT HAMILTON PARTNERS, LLC | James T. Hultquist (pro hac vice)<br>jhultquist@reedsmith.com<br>Khurram N. Gore (pro hac vice)<br>Adrian Shin (CA State Bar No. 256960)<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659<br>Telephone: (415) 543-8700<br>Facsimile: (415) 391-8269<br><br>Attorneys for Defendant GROUPON, INC.<br><br>James F. Valentine, CA SB# 149269<br>jvalentine@perkinscoie.com<br>James C. Pistorino, CA SB# 226496<br>jpistorino@perkinscoe.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94305-1212<br>Telephone: (650) 838-4300<br>Facsimile: (650) 838-4350<br><br>Attorneys for Defendant GOOGLE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC,<br><br>    Plaintiff/Counterdefendant,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>    Defendant/Counterclaimant. | Case No. 3:12-CV-1698-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>[Civ. L.R. 6-2 & 7-12] |
| MOUNT HAMILTON PARTNERS, LLC,<br><br>    Plaintiff/Counterdefendant,<br><br>vs.<br><br>GROUPON, INC.,<br><br>    Defendant/Counterclaimant. | Case No. 3:12-CV-1700-SI |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff Mount Hamilton Partners, LLC ("MHP" or "Plaintiff") and Defendants[1] Groupon, Inc. ("Groupon") and Google, Inc. ("Google") (collectively, "Defendants"), by and through their respective undersigned counsel, hereby jointly move the Court for an order continuing the scheduled date for a Further Case Management Conference, for the following reasons:

1.  Pursuant to this Court's Order of October 31, 2013, the Further Case Management Conference scheduled for December 6, 2013 was rescheduled to December 10, 2013.

2.  Due to scheduling conflicts, counsel for MHP is unavailable on December 10, 2013. Counsel for Groupon and Google join in the request for continuing the date for the Further Case Management Conference to an alternative available date on the Court's calendar.

3.  Accordingly, the parties hereby stipulate to and request the Court to continue the Further Case Management Conference from December 10, 2013 at 2:30 p.m. to December 18, 2013 at 10:00 a.m., or such other date and time that is agreeable with the Court's calendar. The requested continuance does not affect any other deadline ordered by the Court.

Dated: November 7, 2013   By:   /s/ Callie A. Bjurstrom
                                CALLIE A. BJURSTROM
                                JENNA F. KARADBIL

                                Attorneys for Plaintiff
                                MOUNT HAMILTON PARTNERS, LLC

---

[1] The two above captioned cases (*Mount Hamilton Partners, LLC v. Google Inc.*, Case No. 3:12-cv-1698-SI ("Google case"); *Mount Hamilton Partners, LLC v. Groupon, Inc.*, Case No. 3:12-cv-1700-SI ("Groupon case")) were consolidated for claim construction purposes only.

| | | | |
|---|---|---|---|
| 1 | Dated: November 7, 2013 | By: | /s/ James T. Hultquist |
| 2 | | | JAMES T. HULTQUIST |
| | | | KHURRAM NASIR GORE |
| 3 | | | ADRIAN SHIN |
| 4 | | | Attorneys for Defendant |
| | | | GROUPON, INC. |
| 5 | Dated: November 7, 2013 | By: | /s/ Victoria Q. Smith |
| 6 | | | JAMES F. VALENTINE |
| | | | VICTORIA Q. SMITH |
| 7 | | | Attorneys for Defendant |
| 8 | | | GOOGLE, INC. |

**PROPOSED ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: \_\_\_11/7\_\_\_, 2013     _____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

## SIGNATURE ATTESTATION

I, Callie A. Bjurstrom, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 7, 2013          By:   /s/ Callie A. Bjurstrom
                                       CALLIE A. BJURSTROM
                                       JENNA F. KARADBIL

                                       Attorneys for Plaintiff
                                       MOUNT HAMILTON PARTNERS, LLC