1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                     SAN FRANCISCO DIVISION

9   MOUNT HAMILTON PARTNERS, LLC          [~~PROPOSED~~] ORDER STAYING CASE

10                        Plaintiff,       Judge Susan Illston

11              v.                         Case No.: 3:12-CV-1698-SI

12   GOOGLE INC.

13                        Defendants.

14

15        Before the Court is the parties' Joint Motion to Stay.  Having considered the matter and

16   that it is jointly requested, the Court **GRANTS** the request and continues the further case
                                                                    Feb 7, 2014 at 3 p.m.
17   management conference, currently scheduled for December 18, 2013, until f~~urther notice~~.

18        **IT IS SO ORDERED.**

19   Dated:  December __12__, 2013.

20                                         _____
                                           Honorable Susan Illston
21                                         UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28