Jenna F. Karadbil
jfk@pillsburylaw.com
California State Bar No. 213574
PILLSBURY WINTHROP SHAW
PITTMAN LLP
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

Callie A. Bjurstrom
callie.bjurstrom@pillsburylaw.com
California State Bar No. 137816
PILLSBURY WINTHROP SHAW
PITTMAN LLP
501 West Broadway
San Diego, California 92101
Telephone: (619) 234-5000
Facsimile: (619) 236-1995

Attorneys for Plaintiff
MOUNT HAMILTON PARTNERS, LLC

James F. Valentine, CA SBN 149269
JValentine@perkinscoie.com
James C. Pistorino, CA SBN 226496
JPistorino@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Defendant
GOOGLE INC.

IT IS SO ORDERED
*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC,<br><br>              Plaintiff,<br><br>    vs.<br><br>GOOGLE INC.,<br><br>              Defendant. | Case No.: 3:12-CV-1698-SI<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Mount Hamilton Partners, LLC and Defendant Google Inc. hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE.

IT IS SO STIPULATED AND AGREED.

Dated: December 23, 2013        PILLSBURY WINTHROP SHAW PITTMAN LLP

By: _____/s/ Jenna F. Karadbil_____
Jenna F. Karadbil
jfk@pillsburylaw.com

*Attorneys for Plaintiff*
*Mount Hamilton Partners, LLC*

Dated: December 23, 2013        PERKINS COIE LLP

By: _____/s/ James F. Valentine_____
James F. Valentine
JValentine@perkinscoie.com

*Attorneys for Defendant*
*Google, Inc.*

I, James F. Valentine, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: December 23, 2013        _____/s/ James F. Valentine_____
James F. Valentine
JValentine@perkinscoie.com

*Attorneys for Defendant*
*Google, Inc.*